```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

DANNY E. BROWN, SYLVESTER BUTLER, KENNETH CAUDILL, SAMMY J. DOUSE, WILLIE ENGLISH, SIDNEY EVERETT, KELVIN FRAZIER, MORRIS J. GILBERT, JIJUAN T. HAGANS, BENJAMIN LAFLOWER, CURT MASSIE, ANTONIO J. MCCLOUD, LAMAR A. MIFFIN, KUNTA PORTER, ISSAC SHARPE, JEREMIAH THOMAS, EUGENE E. ULRATH, REGINALD WILLIAMS,

Plaintiffs,

vs.                                     Case No. 2:03-cv-526-FtM-29DNF

SECRETARY, DEPARTMENT OF CORRECTIONS, GERALD H. ABDUL-WASI, JOSEPH THOMPSON, CHESTER LAMBIN, JOSEPH PETROVSKY, WENDELL WHITEHURST,

Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Stay Pending Rule 23(f) Appeal (Doc. #216), filed on July 26, 2005. Plaintiffs seek to stay "all proceedings in this Court" while they appeal the undersigned's denial of class certification. The Court assumes plaintiffs request only a stay of the instant case, and not the related case pending in the Jacksonville Division of this Court.

The Court cannot agree with the reasons put forth by plaintiffs for seeking a stay. While the only relief sought in this case is declaratory and injunctive relief (the money damages

action having been filed in the Jacksonville Division), such relief is often sought in a non-class action context.  Additionally, the requirement of proof of a policy, practice or custom "which lies at the heart of this litigation" is a required element of <u>all</u> § 1983 actions against a governmental entity, most of which are not class actions.  Nonetheless, it seems that judicial resources, and the resources of the parties, are best conserved by the issuance of a stay pending action by the Eleventh Circuit.

Accordingly, it is now

**ORDERED**:

Plaintiffs' Unopposed Motion for Stay Pending Rule 23(f) Appeal (Doc. #216) is **GRANTED**.  All proceedings in <u>this</u> case are **stayed** pending resolution of the application for leave to appeal and, if leave is granted, the appeal to the Eleventh Circuit of the Opinion and Order denying class certification.  Since the district court docket does not reflect the application for leave to appeal, plaintiffs' counsel shall advise the Court of the disposition of the application for leave.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of July, 2005.

JOHN E. STEELE
United States District Judge

Copies:
Magistrate Judge
Counsel of record